UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE MONICA H. HUJAZI.

Case No. 26-cv-02856-EMC

**ORDER DENYING APPELLANT'S MOTION TO SUPPLEMENT RECORD**

Docket No. 7

Ms. Hujazi has moved to supplement the record on appeal. *See* Docket No. 7 (motion). The Trustee opposes the motion in part. Specifically, the Trustee opposes inclusion of Ms. Hujazi's Exhibits A and D and the document that can be found at ECF Page 52 in Docket No. 7. The Court agrees with the Trustee that these documents should not be included as part of the record on appeal. Although a court has inherent authority to supplement a record in the interest of justice, that is only where there are extraordinary circumstances. *See Lowry v. Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003); *In re Brekelmans*, No. 18-260, 2020 U.S. Dist. LEXIS 1582, at *6 (N.D. Cal. Jan. 2, 2020). There are no such circumstances here. In fact, each of these documents was not even created or filed until after the bankruptcy court order being appealed was issued. *See Lowry*, 329 F.3d at 1024-25; *Brekelmans*, 2020 U.S. Dist. LEXIS 1582, at *7-8; *cf. In re Armstrong*, No. 95-15510, 1996 U.S. App. LEXIS 21996, at *7 (9th Cir. Aug. 23, 1996) (stating that "'[Federal Rule of Appellate Procedure] 10(e) [upon which Federal Rule of Bankruptcy Procedure 8009(e) is modeled] cannot be used to add to or enlarge the record on appeal to include material which was not before the district court'"); *In re Shields*, No. 2:09-cv-02910-GEB, 2010 U.S. Dist. LEXIS 97153, at *2 (E.D. Cal. Aug. 30, 2010) (noting that Rule 10(e) is "construed

'narrowly' and 'normally the reviewing court will not supplement the record on appeal with material not considered by the lower court'").

This order disposes of Docket No. 7.

**IT IS SO ORDERED**.

Dated: June 3, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California